RICHARD F. SHERIDAN, Appellant, v. ROBERT SHERIDAN, Respondent.—

Judgment unanimously affirmed, with costs.  Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.